**Ronald W. Sadewater, et al., Plaintiffs-Appellees, v. City of Champaign, Illinois, a Municipal Corporation, and L. E. Kirby, as Superintendent of Building Inspection of the City of Champaign, Illinois, and Frank K. Robeson, Defendants-Appellants.**

Gen. No. 10,769. (Abstract of Decision.)

Fourth District.

August 11, 1966.

Busch, Harrington & Porter, of Champaign (Thomas E. Harrington, of counsel), and Albert Tuchorn and James W. Evans, of Champaign, for appellants; Webber, Balbach, Thies & Follmer, of Urbana (Richard L. Thies, of counsel), for appellees. Opinion by JUSTICE SMITH. Not to be published in full.